| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*: **Schulman Bhattacharya LLC** **7500 Old Georgetown Rd Suite 901** **Bethesda, MD, MD 20814** TELEPHONE NO.: **301-219-6787** FAX NO. *(Optional)*: E-MAIL ADDRESS *(Optional)*: ATTORNEY FOR *(Name)*: **MATTHEW THAYER** | ***FOR COURT USE ONLY*** |
| --- | --- |
| **United States District Court, Northern District of California** STREET ADDRESS: **280 S 1st St** MAILING ADDRESS: **280 S 1st St** CITY AND ZIP CODE: **San Jose 95113** BRANCH NAME: **Robert F. Peckham Federal Building** | |
| PLAINTIFF/PETITIONER: **MATTHEW THAYER** | CASE NUMBER: **5:24-CV-01749-VKD** |
| DEFENDANT/RESPONDENT: **MARK SAWYER** | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: **Thayer** |

**BY FAX**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents)*:
**SUMMONS; COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONSENT OR DECLINATION; STANDING ORDER; Alternative Dispute Resolution (ADR) Packet**

3. a. Party served *(specify name of party as shown on documents served)*:
**Mark Anthony Sawyer**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a )*:

4. Address where the party was served:
**6940 N. Jensen Street, Las Vegas, NV 89149-1365**

5. I served the party *(check proper box)*

   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: at *(time)*:

   b. ☒ **by substituted service.** On *(date)*: **06/10/2024** at *(time)*: **7:49 AM** I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   **Jennifer Sawyer, I delivered the documents to Jennifer Sawyer who identified themselves as the subject's spouse, co-resident with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired black female contact 45-55 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.**

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☒ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☒ I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date)*: from *(city)*: **or** ☒ a declaration of mailing is attached.

| PLAINTIFF/PETITIONER: MATTHEW THAYER | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: MARK SAWYER | 5:24-CV-01749-VKD |

(5) [X] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

c. [ ] **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):* (2) from *(city):*

(3) [ ] with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

(4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. [ ] **by other means** *(specify means of service and authorizing code section):*

[ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. [X] as an individual defendant.

b. [ ] as the person sued under the fictitious name of *(specify):*

c. [ ] as occupant.

d. [ ] On behalf of *(specify)*

under the following Code of Civil Procedure section:

| | |
|---|---|
| [ ] 416.10 (corporation) | [ ] 415.95 (business organization, form unknown) |
| [ ] 416.20 (defunct corporation) | [ ] 416.60 (minor) |
| [ ] 416.30 (joint stock company/association) | [ ] 416.70 (ward or conservatee) |
| [ ] 416.40 (association or partnership) | [ ] 416.90 (authorized person) |
| [ ] 416.50 (public entity) | [ ] 415.46 (occupant) |
| | [ ] other: |

7. **Person who served papers**

a. Name: **John White**
b. Address: **316 W 2nd St. 3rd Floor Los Angeles, CA 90012**
c. Telephone number: **213-621-9999**
d. The fee for service was: **$ 160.00**
e. I am:

(1) [X] not a registered California process server.

(2) [ ] exempt from registration under Business and Professions Code section 22350(b).

(3) [ ] registered California process server:
(i) [ ] owner [ ] employee [ ] independent contractor. For:

(ii) [ ] Registration No.: Registration #:

(iii) [ ] County: County:

**BY FAX**

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. [ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 06/10/2024

**John White**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*: **Schulman Bhattacharya LLC** **7500 Old Georgetown Rd Suite 901** **Bethesda, MD, MD 20814** TELEPHONE NO.: **301-219-6787** FAX NO. *(Optional)*: E-MAIL ADDRESS *(Optional)*: ATTORNEY FOR *(Name)*: **MATTHEW THAYER** | ***FOR COURT USE ONLY*** |
|---|---|
| **United States District Court, Northern District of California** STREET ADDRESS: **280 S 1st St** MAILING ADDRESS: **280 S 1st St** CITY AND ZIP CODE: **San Jose 95113** BRANCH NAME: **Robert F. Peckham Federal Building** | |
| PLAINTIFF/PETITIONER: **MATTHEW THAYER** | CASE NUMBER: **5:24-CV-01749-VKD** |
| DEFENDANT/RESPONDENT: **MARK SAWYER** | |
| **DECLARATION OF REASONABLE DILIGENCE** | Ref. No. or File No.: **Thayer** |

Party to Serve:
**Mark Anthony Sawyer**

Documents:
**SUMMONS; COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONSENT OR DECLINATION; STANDING ORDER; Alternative Dispute Resolution (ADR) Packet**

**BY FAX**

Service Address:
**6940 N. Jensen Street, Las Vegas, NV 89149-1365**

I declare the following attempts were made to effect service by personal delivery:
**6/6/2024 4:45 PM: There was no answer at the address. No lights noise movement or cars in driveway**
**6/8/2024 7:55 AM: I was unable to access the address due to private gate/fence although I waited, asked neighbors and called available phones, call box.**
**6/9/2024 6:23 PM: I was unable to access the address due to private gate/fence although I called available phones, call box and waited.**
**6/10/2024 7:48 AM: I was unable to access the address due to private gate/fence although I waited, asked neighbors and called available phones, call box. At the address I observed a previously served subject. I spoke with a neighbor who says subject resides. No access to property it's surrounded by locked gates and walls called call box no answer. No cars in sight on either driveway**

Person who performed diligence:
**John White**
**316 W 2nd St. 3rd Floor Los Angeles, CA 90012**
**213-621-9999**

I am not a registered California process server
Registration No.: R-2019-00318
County: NV Private Investigators Licensing Board

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.
Date: 06/10/2024

John White
(NAME OF PERSON WHO PERFORMED DILIGENCE)

(SIGNATURE)

 Tracking #: **0134763852**

REF: **Thayer**