| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*: **Schulman Bhattacharya LLC**<br>**7500 Old Georgetown Rd Suite 901**<br>**Bethesda, MD, MD 20814**<br>TELEPHONE NO.: **301-219-6787** FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: **MATTHEW THAYER** | ***FOR COURT USE ONLY*** |
|---|---|
| **United States District Court, Northern District of California**<br>STREET ADDRESS: **280 S 1st St**<br>MAILING ADDRESS: **280 S 1st St**<br>CITY AND ZIP CODE: **San Jose 95113**<br>BRANCH NAME: **Robert F. Peckham Federal Building** | |
| PLAINTIFF/PETITIONER: **MATTHEW THAYER**<br>DEFENDANT/RESPONDENT: **MARK SAWYER** | CASE NUMBER:<br>**5:24-CV-01749-VKD** |
| **DECLARATION OF MAILING** | Ref. No. or File No.:<br>**Thayer** |

The undersigned hereby declares: that I am over 18 years of age and not a party to this action. I am a resident of or employed in the county where the mailing took place.

My business address is 316 W 2nd St. 3rd Floor, Los Angeles, CA 90012.

That on **June 10, 2024**, after substituted service was made, I mailed the following documents: **SUMMONS; COMPLAINT; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONSENT OR DECLINATION; STANDING ORDER; Alternative Dispute Resolution (ADR) Packet** to the servee in this action by placing a true copy thereof enclosed in a sealed envelope with postage prepaid for first class mail and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in **Los Angeles**, **CA**.

That I addressed the envelope as follows:

**Mark Anthony Sawyer**
**6940 N. Jensen Street**
**Las Vegas, NV 89149-1365**

**BY FAX**

That I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.

That I executed this declaration on 6/10/2024 at Los Angeles, CA.

Declarant: **Kimberly Rivera**, Reg.# 2021253875

REF: **Thayer**

Tracking #: **0134763849**