UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

MATTHEW THAYER,
Plaintiff,

v.

MARK SAWYER,
Defendant.

Case No. 24-cv-01749-VKD

**ORDER GRANTING EXTENSION OF CERTAIN DEADLINES**

Re: Dkt. No. 16

On June 18, 2024, plaintiff Matthew Thayer filed a letter addressed to the Court requesting continuance of the Case Management Conference currently set for June 25, 2024 and extension of the deadline to file the Joint Case Management Statement and to comply with other case management requirements, advising that defendant Mark Sawyer has not yet appeared in the action. Dkt. No. 16. Pursuant to Civil Local Rule 6-3, such requests must be made by motion, and not by letter. All parties must comply with the Local Rules and this Court's Standing Orders for all future filings; non-compliant filings may be stricken by the Court. Nevertheless, the Court continues the Case Management Conference to **July 23, 2024** at **1:30 p.m**. The Joint Case Management Statement is due **July 16, 2024.**

**IT IS SO ORDERED.**

Dated: June 20, 2024

Virginia K. DeMarchi

Virginia K. DeMarchi
United States Magistrate Judge

United States District Court
Northern District of California